UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CHAU, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VOLTA, INC., et al.,<br><br>    Defendants. | Case No. 22-cv-07247-RFL<br><br>**JUDGMENT IN A CIVIL CASE** |

Pursuant to the Court's order granting the Motion for Summary Judgment and denying as moot Motion for Class Certification (Dkt. No. 82), judgment is entered in favor of Defendants, and against Plaintiffs.

Dated: May 6, 2024

Mark B. Busby
Clerk, United States District Court

By: _____M Lock_____

Melinda K. Lock, Deputy Clerk to
the Honorable Rita F. Lin

1